■ PATRICIA CURTO, Appellant, v ZITTEL'S DAIRY FARM et al., Respondents. (Appeal No. 2.) [964 NYS2d 440]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered March 8, 2011. The order denied the motion of plaintiff to set aside a jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Curto v Zittel's Dairy Farm* (106 AD3d 1482 [2013]). Present—Scudder, P.J., Smith, Centra, Carni and Sconiers, JJ.

■ PATRICIA CURTO, Appellant, v ZITTEL'S DAIRY FARM et al., Respondents. (Appeal No. 3.) [964 NYS2d 440]—Appeal from a judgment of the Supreme Court, Erie County (John M. Curran, J.), entered March 8, 2011. The judgment dismissed plaintiff's causes of action upon a jury verdict of no cause of action.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Same memorandum as in *Curto v Zittel's Dairy Farm* (106 AD3d 1482 [2013]). Present—Scudder, P.J., Smith, Centra, Carni and Sconiers, JJ.

■ PATRICIA CURTO, Appellant, v ZITTEL'S DAIRY FARM et al. Respondents. (Appeal No. 4.) [964 NYS2d 441]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered July 11, 2011. The order, among other things, denied the motion of plaintiff for, inter alia, leave to renew two prior motions.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Curto v Zittel's Dairy Farm* (106 AD3d 1482 [2013]). Present—Scudder, P.J., Smith, Centra, Carni and Sconiers, JJ.